XAVIER BECERRA, State Bar No. 118517
Attorney General of California
STEPAN A. HAYTAYAN, State Bar No. 205457
Supervising Deputy Attorney General
JONATHAN M. EISENBERG, State Bar No. 184162
Deputy Attorney General
AMIE L. MEDLEY, State Bar No. 266586
Deputy Attorney General
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 576-7476
 Fax:  (213) 897-5775
 E-mail:  Amie.Medley@doj.ca.gov
*Attorneys for Alex Padilla, California Secretary of State*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO)

| | |
|---|---|
| ROQUE "ROCKY" DE LA FUENTE,<br><br>Plaintiff,<br><br>v.<br><br>ALEX PADILLA, in his official capacity as the Secretary of State of the State of California,<br><br>Defendant. | 2:16-cv-02877-JAM-GGH<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS AMENDED COMPLAINT (FED. R. CIV. P. 12(b)(6))**<br><br>Date:         April 4, 2017<br>Time:        1:30 p.m.<br>Judge:       Hon. John A Mendez<br>Trial Date: TBD<br>Action Filed:  December 7, 2016 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, at 1:30 p.m. on April 4, 2017, or as soon thereafter as the matter may be heard, in Courtroom 6 (U.S. District Judge John A Mendez, presiding) on the Fourteenth Floor of the above-titled Court, located at the Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, California, 95814, Defendant Alex Padilla, California Secretary of State (the "Secretary"), will and hereby does move, under Federal Rule of Civil Procedure 12(b)(6), to dismiss this action in its entirety.  This motion is made on the ground that all claims against

the Secretary are either precluded by res judicata and/or collateral estoppel by a previous state-court judgment, or are being litigated in an ongoing state-court proceeding such that the Court should abstain in accordance with *Younger v. Harris*, 401 U.S. 37 (1971).

The motion papers consist of this notice of motion and motion, the accompanying supportive memorandum of points and authorities, and the declaration of Jonathan M. Eisenberg submitted in connection with this motion.

Defendant respectfully requests that the Court grant this motion to dismiss.

Dated: February 14, 2017

Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
STEPAN A. HAYTAYAN
Supervising Deputy Attorney General
JONATHAN M. EISENBERG
Deputy Attorney General

/s/ Amie Medley
AMIE L. MEDLEY
Deputy Attorney General
*Attorneys for Alex Padilla, California Secretary of State*

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | De La Fuente, Roque "Rocky" v. State of California, et al. | Case No. | 2:16-cv-03242-MWF-GJS |

I hereby certify that on <u>February 14, 2017</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF MOTION AND MOTION TO DISMISS AMENDED COMPLAINT (FED. R. CIV. P. 12(b)(6))**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>February 14, 2017</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Paul A. Rossi, Esq.
IMPG Advocates, Inc.
873 East Baltimore Pike, Suite #705
Kennett Square, PA 19348

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>February 14, 2017</u>, at Los Angeles, California.

| | |
|---|---|
| Beth Capulong | /s/ Beth Capulong |
| Declarant | Signature |