# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**ROQUE &QUOT;ROCKY&QUOT; DE LA FUENTE,**

v.

**ALEX PADILLA,**

**JUDGMENT IN A CIVIL CASE**

CASE NO: **2:16–CV–02877–JAM–GGH**

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 05/26/17**

**Marianne Matherly**
Clerk of Court

ENTERED: **July 11, 2017**

by: /s/ A. Benson
Deputy Clerk